IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANDA HUGHES,

    Plaintiff,

  v.

Case No. 18-cv-378-slc

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security and against plaintiff Amanda Hughes affirming the Commissioner's decision and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | September 30, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |