# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMANDA HUGHES, | ) |
| Plaintiff, | ) |
| | ) No. 3:18-cv-00378 |
| v. | ) |
| ANDREW SAUL[1], | ) |
| | ) Honorable Stephen Crocker |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is given that Plaintiff/Appellant, Amanda Hughes, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the Order and Opinion entered by United States Magistrate Judge Stephen Crocker on September 30, 2019. Said Order denied Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income with the Social Security Administration, affirming the Commissioner's decision to deny Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income. The parties consented to vest jurisdiction in the magistrate judge on November 13, 2018 (Dkt. No. 16.) Plaintiff requests leave to file this Notice of Appeal pursuant to the In Forma Pauperis order approved by the District Court on May 21, 2018. (Dkt. No. 3).

Dated: October 22, 2019          s/ Barry A. Schultz
         Barry A. Schultz
Barry A. Schultz          Attorney for Plaintiff/Appellant
The Law Offices of Barry A. Schultz, P.C.
1601 Sherman Avenue, Suite #500

---

[1] As of June 4, 2019, Andrew M. Saul is the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as Defendant. No further action needs to be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Evanston, Illinois 60201
(847) 864-0224
ARDC #: 3128193

**CERTIFICATE OF SERVICE**

The undersigned does hereby state under penalty of perjury that on the 24th day of October 2019, I electronically filed the NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which sent notification of the such filing to the following:

Eric Truett
Special US Assistant Attorney
200 West Adams Street, 30th Floor
Chicago, IL 60606

                                                  s/Maisha Whittington
                                                    Maisha Whittington
                                                    Legal Assistant