IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANDA HUGHES,

    Plaintiff

    v.

Case No. 3:18-cv-00378-slc

ANDREW MARSHALL SAUL,
Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR AN INDICATIVE RULING

Pursuant to the parties' Joint Motion for an Indicative Ruling on a Motion for Relief that Is Barred by a Pending Appeal Pursuant to Federal Rule of Civil Procedure 62.1(a)(3), this Court now, upon substantive review, hereby enters an order that the parties' Joint Motion for an Indicative Ruling on a Motion for Relief that Is Barred by a Pending Appeal Pursuant to Federal Rule of Civil Procedure 62.1(a)(3), is granted. The Court indicates that it is inclined to grant relief from its September 30, 2019, judgment should the court of appeals remand for that purpose

SO ORDERED this 7th day of January, 2020.

_____
Honorable Stephen L. Crocker
United States Magistrate Judge