IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANDA HUGHES,

        Plaintiff,

v.

                                                          Case No. 18-cv-378-slc

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Amanda Hughes remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ K. Frederickson, Deputy Clerk | 1/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |